FILED
2011 Dec-21 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR ISAIAH RADCLIFF,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:11-CV-2661-VEH |
| | ) |
| **CYREATHA NICHELLE RADCLIFF,** | ) |
| | ) |
| Defendant. | ) |

## ORDER REMANDING CASE

Consistent with the Memorandum Opinion entered this day, the court finds that this case has been improvidently removed. It is therefore **ORDERED** by the court that this case be and hereby is **REMANDED** to the Circuit Court of Jefferson County, Alabama.

**DONE** and **ORDERED** this the 21st day of December, 2011.

*/s/ V.E. Hopkins*

**VIRGINIA EMERSON HOPKINS**
United States District Judge